UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:18-CV-468



GREGORY LEE MARTIN, ANTHONY
WAYNE EDMONS, GARY RUDOLPH AND
RICHARD LEWIS REECE, JR.,
INDIVIDUALLY, AND ON BEHALF OF
THEMSELVES AND OTHER SIMILARLY
SITUATED CURRENT AND FORMER
EMPLOYEES,

    Plaintiffs,

v.

FLOWERS FOODS, INC., AND FLOWERS
BAKING CO. OF JAMESTOWN,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by Plaintiffs and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

This the 8th day of March, 2019.

                                              UNITED STATES DISTRICT JUDGE